Case 2:11-cv-00284-RWS   Document 5   Filed 10/31/11   Page 1 of 2
FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

OCT 13 2011

JAMES N. HATTEN, Clerk
By: Vicki Dougherty

United States District Court of Georgia

/s/ Yohonia M. Martin/
Plaintiff

v.

Gwinnett Medical Center
Labor & Delivery / Nursing Dept
Defendant

Civil Action No.
2:11-cv-284

### Complaint of Negligence and Malicious Intent

    June 21 2011 I Yohonia Martin checked my self into the Emergency Room At the Gwinnett medical Center in Lawrenceville, Ga. I was treated and given a follow up appointment with the ob/gyn clinic. The diagnosis was that I was expecting and needed follow up care due to dehydration ect. The follow up date would have been the twenty third day of June 2011. Having missed the open clinic times and only because the pain in my abdomen was not subsiding I again checked myself into the Emergency Room at Gwinnett Medical Center. This evening after giving my name at the registration desk and being sent to labor and delivery I was met with a different sort of attendant. The on duty staff female person informed me that there was n one else I could speak to after she retrieved my personal previously documented information form the in house monitor for some reason the dark haired full sized woman seemed to be in utter dismay, disbelief and was not non audible in expressing this. While flipping through the monitors information, as I am watching from the examining table in the same room she begins to delete and re route information. After she informs me that I am not pregnant and that there was a mistake in the previous physicians diagnosis she calls in another woman older with white hair who after asking me the same questions and laughing, snickering, condescending and humiliating me with the conformation of her colleague that there was no pregnancy no child no verification of any information of such visit. When producing information for the straitening of my actions and by then reactions now due to the humiliation of the hospital security being called and present. I was prescribed by the second woman to have ultrasound there in the examining area. Then this order revoked due to the decision to have me sent back down to the emergency area. When seen the young woman seemed to be apathetic and prepared to do her job, however after the entrance of nurse practitioner Alisha Perry (who from my childhood in Oakland California, she coming from a medical family she and her sister, who's last known position to me was Pulaski State Prison had reputation for stealing drugs from there mothers place of employment, Pill Hill in Oakland, California administering these drugs to young girls who thought they where being shot up with heroin and would find themselves kidnapped, beaten, and sold into prostitution) my experience at Gwinnett Medical worsened. I was told I was not with child and a sedative was prescribed by Alisha Perry (medical records of Gwinnett stipulate 10cc of Halldol how ever the serenge was not half but totally full) though the needle was filled by the first attendant from the emergency area, from where I sat I could see the coaxing of Alisha too the first attendant for more of the sedative to be given to me. (The amount given to me caused my toung to swell and forced my head to jerk and turn uncontrollably). The reaction took place at Georgia Regional Hospital where I was sent by the on duty staff of Gwinnett Medical Center ordered the twenty third by Alisha Perry and acted the twenty fourth day of June 2011. In addition to the strange happenings the medical records I ordered seemed to be botched tampered with is an understatement. My copies are disarranged and rewritten. This claim is in pursuit to bring liability to and of consecutive tortfeasors on the basis of information stipulated above on the legal ground for:

The right of privacy
For Invasion of right of privacy by unlawful publication
Consequence of defendant's negligence
Medical malpractice
Willful and malicious acts
Emergency Room Standard of Care
Patients right to know

Attorney for plaintiff
State Bar No._____
678 777-5457
Address and telephone number